IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALVIN L. MARSH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting Commissioner ) <br> of the Social Security Administration, ) <br> ) <br> Defendant. ) | Case No. CIV-11-127-D |

**ORDER**

This matter comes before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1). Upon review of the file, the Court finds no timely objection by any party and, therefore, further review of all issues is waived.  *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 21] is ADOPTED in its entirety. For the reasons stated therein, the Court finds that the decision of the Commissioner should be reversed pursuant to 42 U.S.C. § 405(g), and the case should be remanded for an immediate award of benefits. Judgment shall be entered accordingly.

Entered this 30th day of July, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE